No. 260. CALLISON *v.* PICKENS ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court

of Appeals for the Tenth Circuit denied. *Messrs. Preston C. West* and *A. A. Davidson* for petitioner. *Mr. David R. Milsten* for respondents.